**DISMISS and Opinion Filed December 22, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-01089-CV**
_____

**IN THE INTEREST OF I.O. AND R.O., CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-09013**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

This appeal from the trial court's August 13, 2021 order in suit to modify parent-child relationship was filed October 13, 2022. Because the appeal was filed well-beyond any timeframe allowed under Texas Rule of Appellate Procedure 26.1, which governs the time for filing notices of appeal in civil cases, we questioned our jurisdiction over the appeal. *See* TEX. R. APP. P. 26.1 (providing timeframes for perfecting civil appeal ranging from twenty days from date judgment is signed to six months from date judgment is signed); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional); *see also* TEX. R. APP. P. 26.3 (allowing for fifteen day extension to file notice of appeal).

In jurisdictional briefing filed at our request, appellant does not dispute the appeal was filed outside the periods established by rule 26.1, but he maintains we have jurisdiction because the order is void—it was signed outside the trial court's plenary power, ten years after the original order concerning the parent-child relationship was rendered—and a void order can be challenged at any time. The trial court, however, acquired and retained continuing, exclusive jurisdiction over matters concerning the parent-child relationship when it rendered the original order, and it had the authority to exercise its jurisdiction to modify that order. *See* TEX. FAM. CODE ANN. §§ 155.01-155.003. Regardless, we cannot exercise jurisdiction over an untimely appeal. Accordingly, because the appeal was not timely filed, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221089F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF I.O. AND
R.O., CHILDREN

No. 05-22-01089-CV

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-11-09013.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Ronda Do recover her costs, if any, of this appeal from appellant Jorge Olivas, Jr.

Judgment entered December 22, 2022.